**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **TERRY NATHAN BASS**<br>**AIS #00297484,** | ) | |
| | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 20-394-CG-N** |
| | ) | |
| **PHYLLIS MORGAN,** | ) | |
| **Warden III** | ) | |
| **Donald Correctional Facility,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**<u>ORDER</u>**

After due and proper consideration of the issues raised, and there having

been no objections filed, the Report and Recommendation of the Magistrate Judge

(Doc. 17) entered July 12, 2023, under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the

Rules Governing § 2254 Cases in the United States District Courts, and S.D. Ala.

GenLR 72(a)(2)(R), is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner **TERRY NATHAN BASS**'

operative petition for a writ of habeas corpus under 28 U.S.C. § 2254 in this action

is **DENIED** and **DISMISSED with prejudice** as procedurally barred, and that

Bass is not entitled to a Certificate of Appealability in relation to this final adverse

order.

1

Final judgment shall issue separately in accordance with this order and

Federal Rule of Civil Procedure 58.

    **DONE** and **ORDERED** this the 29th day of August, 2023.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE