# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TERRY NATHAN BASS,<br>AIS #00297484 | )<br>)<br>) |
| Petitioner, | )<br>) |
| vs. | )  CIVIL ACTION NO. 20-394-CG-N<br>) |
| PHYLLIS MORGAN,<br>Warden III<br>Donaldson Correctional Facility, | )<br>)<br>)<br>) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Order entered on this date adopting the recommendations of the Magistrate Judge, it is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent and against Petitioner **TERRY NATHAN BASS**, in that this action under 28 U.S.C. § 2254 is **DISMISSED with prejudice**.

**DONE and ORDERED** this the 29th day of August, 2023.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE